## 13648.   NIXON v. THE STATE.

BLOODWORTH, J.   There is no merit in any of the special grounds of the motion for a new trial.  The evidence is ample to support the verdict, and has the approval of the trial judge.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 13, 1922.

Indictment for felony; from Barrow superior court — Judge Fortson.  February 11, 1922. .

*Joseph D. Quillian,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.

## 13650.   GREESON v. THE STATE.

LUKE, J.   The evidence amply supports the verdict of guilty.  There is no merit in any of the special assignments of error complaining of the admission of testimony, and of the court's refusal to give the requested charge to the jury.  The charge of the court was full and fair.  The defendant has had a legal trial, and it was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1922.

Accusation of larceny; from city court of Bainbridge — Judge Spooner.  May 1, 1922.

*J. M. Floyd, J. H. Gilpin,* for plaintiff in error.

*M. E. O'Neal, solicitor,* contra.